eral, and *Gordon Ringer*, Deputy Attorney General, for respondent.

No. 1160, Misc.   RODRIGUEZ *v.* CALIFORNIA.   Sup. Ct. Cal.   Petitioner *pro se*.   *Thomas C. Lynch*, Attorney General of California, *Doris H. Maier*, Assistant Attorney General, *John L. Giordano*, Deputy Attorney General, for respondent.

No. 1206, Misc.   WRIGHT *v.* CALIFORNIA.   Sup. Ct. Cal.

No. 1285, Misc.   GARROW *v.* CALIFORNIA.   Sup. Ct. Cal.

No. 1415, Misc.   PENA *v.* CALIFORNIA.   Sup. Ct. Cal.

No. 1106.   DEMPSTER BROTHERS ET AL. *v.* BUFFALO METAL CONTAINER CORP. ET AL., *ante*, p. 940;

No. 1154.   POWELL *v.* NATIONAL SAVINGS & TRUST Co., *ante*, p. 938;

No. 1161.   GOODYEAR TIRE & RUBBER Co. *v.* COMMISSIONER OF PATENTS, *ante*, p. 941;

No. 837, Misc.   POPE *v.* DAGGETT ET AL., *ante*, p. 33;

No. 1135, Misc.   DAEGELE *v.* CROUSE, WARDEN, *ante*, p. 954;

No. 1276, Misc.   STONE *v.* UNITED STATES, *ante*, p. 956;

No. 1352, Misc.   HASPEL *v.* STATE BOARD OF EDUCATION ET AL., *ante*, p. 211;

No. 1384, Misc.   POWERS *v.* TEXAS, *ante*, p. 964;

No. 1451, Misc.   FIELDS *v.* CALIFORNIA, *ante*, p. 946;

No. 1521, Misc.   WION *v.* WILLINGHAM, WARDEN, *ante*, p. 958; and

No. 1522, Misc.   LEVY *v.* UNITED STATES, *ante*, p. 979. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.